AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE CASTRO-MEDINA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 175-JLS

I, JOSE CASTRO-MEDINA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on FEBRUARY 5, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

+ Jose
Defendant

Sara Peloquin
Counsel for Defendant

Before
JUDICIAL OFFICER