# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
JOSE CASTRO-MEDINA )

CASE NUMBER 2008 cr 175-JLS

ABSTRACT OF ORDER

Booking No. 02979 298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 3/7/08

the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 1 years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other.___

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature]
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY